AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

FERNANDO RODRIGUEZ,

               Petitioner,                   JUDGMENT IN A CIVIL CASE

V.

                                 CASE NUMBER: **3:04-cv-297-RLH-RAM**

JACKIE CRAWFORD, et al.,

               Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus (#6) is DENIED.

          March 10, 2008                         **LANCE S. WILSON**
                                                    Clerk

                                     /s/ Pamela R. McDonald
                                        Deputy Clerk